**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| C & H 66 QUICK MART/PFC IMPORTS, | ) | Case Number: 05-32102 |
| IMPORTS, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## ORDER APPROVING APPOINTMENT OF TRUSTEE

The Court having considered the Application of the United States Trustee for entry of an Order approving appointment of Robert E. Eggmann as the liquidating trustee in the above-captioned case, it is hereby

**ORDERED** that the appointment of Robert E. Eggmann as Trustee is approved.

Counsel for the moving party shall mail a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: October 25, 2018

                                           /s/ Laura K. Grandy
                                   _____
                                   UNITED STATES BANKRUPTCY JUDGE/6