UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 11 |
| C&H 66 QUICK MART/PFC IMPORTS, INC., | ) | |
| | ) | NO. 05-32102 |
| DEBTOR. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW BUSINESS LOAN CENTER, INC. and hereby notifies this Court of the substitution of William W. Asa, Mary E. Lopinot and the law firm of Mathis, Marifian & Richter, Ltd. as attorneys for Business Loan Center, Inc., that said attorneys and firm may be substituted for Lawrence O. Taliana in the representation of the interests of Business Loan Center, Inc. in this proceeding.

Respectfully,

| | |
|---|---|
| Taliana, Buckley & Asa | Mathis, Marifian & Richter, Ltd. |
| By:   /s/ Lawrence O. Taliana | /s/ William W. Asa |
| Lawrence O. Taliana, #6180148 | William W. Asa, #6192927 |
| Taliana, Buckley & Asa | Mathis, Marifian & Richter, Ltd. |
| 216 N. Main St. | 101 W. Vandalia St., Ste. 100 |
| P.O. Box 627 | P.O. Box 247 |
| Edwardsville, IL 62025 | Edwardsville, IL 62025 |
| (618) 692-4422 | (618) 656-2244 |
| talianalo@talianalaw.com | wasa@mmrltd.com |
| | |
| | Mathis, Marifian & Richter, Ltd. |
| | /s/  Mary E. Lopinot |
| | Mary E. Lopinot, #6256302 |
| | 23 Public Square, Suite 300 |
| | PO Box 307 |
| | Belleville, IL 62220 |
| | (618) 234-9800 |
| | mlopinot@mmrltd.com |

{M0682245.1}

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 29, 2018, a copy of the foregoing document was served electronically via the Court's CM/ECF noticing system upon all persons receiving such notice in this case, and particularly upon:

Robert E. Eggmann, Trustee
2227 Illinois Route 157
Edwardsville, IL 62025

Mark D. Skaggs
Office of the United States Trustee
401 Main St., Room 1100
Peoria, IL 61602

and

Via U.S. First Class mail, postage prepaid, upon the following:

C & H 66 Quick Mart/PFC Imports, Inc.
3425 Old Highway 3
Granite City, IL 62040

                                              /s/   Mary E. Lopinot

{M0682245.1}