1NITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 11 |
| C&H 66 QUICK MART/PFC IMPORTS, INC., | ) | |
| | ) | NO.  05-32102 |
| DEBTOR. | ) | |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

COMES NOW Capital Crossing Small Business Finance, LLC, and hereby notifies this Court of the withdrawal of Mary E. Lopinot as attorney for Capital Crossing Small Business Finance, LLC. , successor in interest to Business Loan Center.

Respectfully submitted,                            Mathis, Marifian & Richter, Ltd.

/s/  Mary E. Lopinot
Mary E. Lopinot, #6256302
23 Public Square, Suite 300
PO Box 307
Belleville, IL 62220
(618) 234-9800
mlopinot@mmrltd.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2020, a copy of the foregoing document was served electronically via the Court's CM/ECF noticing system upon all persons receiving such notice in this case, and particularly upon:

Robert E. Eggmann, Trustee
2227 Illinois Route 157
Edwardsville, IL 62025

Mark D. Skaggs
Office of the United States Trustee
401 Main St., Room 1100
Peoria, IL 61602

and

{M0838478.2}

Via U.S. First Class mail, postage prepaid, upon the following:

C & H 66 Quick Mart/PFC Imports, Inc.
3425 Old Highway 3
Granite City, IL 62040

/s/   Mary E. Lopinot

{M0838478.2}